IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                                              *
Timothy Inabinett                                  *     Case No. 06-17324
                                                   *
_____                    *     Chapter 13
                                                   *
Debtor(s)                                          *

## MOTION TO WITHDRAW UNCLAIMED FUNDS
## FROM THE COURT REGISTRY

Kettering Overlook Condominium _____ , (hereinafter "Claimant"),
Name of Individual(s) or Entity

respectfully requests the Court to enter an Order to Withdraw Unclaimed Funds from the Court

Registry that are owed to the Claimant.   The Claimant states:

1.  The trustee appointed by the Court in this case did deposit in the Court's Registry of

    Unclaimed Funds the amount of $ 4463.10 _____ .  The Claimant did not

    receive the funds because: Claimant changed legal counsel after the filing of the

    Proof of Claim. _____ .

2.  There is no dispute or controversy as to these funds, their availability or to whom they

    belong.

WHEREFORE, Claimant requests that the Court enter an order directing the Clerk of the Court

to withdraw and disburse said funds in the Court Registry to Claimant.


Respectfully Submitted,

_____
Signature of Claimant or Claimant's Representative

Gregory Alexandrides, Attorney for the Claimant
Printed Name of Claimant or Claimant's Representative

823 West Street, Annapolis, Maryland 21401
Complete Address of Claimant or Claimant's Representative

(410) 990-1991
Phone Number of Claimant or Claimant's Representative

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

IN RE:                                          *
Timonthy Inabinett                             *      Case No. 06-17324
                                               *
                                               *      Chapter 13
_____                *
Debtor(s)                                      *

### CERTIFICATE OF SERVICE

Notice is hereby given to the Court that on May 24, 2013 _____ (Date),

the U.S. Attorney for the District of Maryland at 36 S. Charles Street, Baltimore, MD,

21201, was advised via first class mail of the intent of the individual(s) or entity below (hereafter

"Claimant") to request the withdrawal of funds from the Court's Registry of Unclaimed Funds.


Kettering Overlook Condominium
_____
Name of Claimant

c/o: The Law Offices of Gregory Alexandrides, 823 West St., Annapolis, MD 21401
_____
Complete Address of Claimant

Respectfully Submitted,

_____
Signature of Claimant or Claimant's Representative

Gregory Alexandrides, Attorney for Claimant
_____
Printed Name of Claimant or Claimant's Representative

823 West Street, Annapolis, Maryland 21401
_____
Complete Address of Claimant or Claimant's Representative

**SUBSCRIBED AND SWORN TO BEFORE ME** this 24th day of May ,

20 13 , in the County of Anne Arundel , State of Maryland .

_____
Signature of Notary Public

Date Commission Expires: 6/17/16

ANGELA TONELLO
Notary Public-Maryland
Anne Arundel County
My Commission Expires
**June 17, 2016**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND

IN RE:                                          *   Case No. **06-17324**

**Timothy Inabinett**                           *   Chapter **13**

Debtor(s)                                       *

### AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW UNCLAIMED FUNDS
### FROM THE COURT REGISTRY

I, Anthony Adams, The Commercial Management Group, Inc.

Deponent's Name and, if applicable, Title and Name of Corporation/Entity

being duly sworn, state:

1. The trustee appointed by the Court in this case did deposit in the Court's Registry of Unclaimed Funds the amount of $ **4,463.10** .

2. The funds are the property of **Kettering Overlook Condominium**

   Name of Individual or Corporation/Entity

3. A brief history of the claim is: **The funds were deposited into the Court Registry as Kettering Overlook Condominium** changed **legal counsel after the filing of the Proof of Claim.**

4. The right to the funds has not been further purchased, sold, assigned, or transferred.

   I declare under penalty of perjury that I have read the foregoing statements and that they are true and accurate to the best of my knowledge, information, and belief, and that the Court may rely on the truth of each statement.

Signature of Deponent: _Anthony Adams_                    Date: **4/15/13**

Claimant's Full Social Security No./Taxpayer Identification No.: **52-2146619**

Address of Deponent: **14440 Cheerry Lane Ct., Ste. 219, Laurel, MD 20707**

Telephone Number of Deponent: **(240) 568-8920**

**SUBSCRIBED AND SWORN TO BEFORE ME** this 15th day of April ,

20 13 , in the County of Howard , State of Maryland .

Signature of Notary Public _S. Nana_          Date Commission Expires: Sept 27, 2014

TONY O. OYEMADE
Notary Public
State of Maryland
Howard County
My commission exp. September 27, 2014

Revised 11/11

_Sonane 04/15/2013_

FORM B10 (Official Form 10) (4/01) Case 06-17324   Claim 15-1   Filed 10/17/07   Page 1 of 2

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF __Maryland__ | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor<br>Timothy Inabinett | Case Number<br>06-17324 |
|---|---|

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**Kettering Overlook Condominium, Inc.**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
Arthur Guy Kaplan
Kaplan & Kaplan, P. A.
11 E. Mt. Royal Avenue
Baltimore, MD 21202   410-752-2090
Telephone number:

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

```
                    FILED
              2007 OCT 17 P 12: 35
            U.S. BANKRUPTCY COURT
            DISTRICT OF MARYLAND
                  GREENBELT
```

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:
KE-34-02

Check here if this claim ☐ replaces    ☐ amends    a previously filed claim, dated:_____

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other __Unpaid Association dues and expenses__

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  - Your SS #: ___ ___ ___
  - Unpaid compensation for services performed
  - from _____ to _____
    (date)           (date)

**2. Date debt was incurred:** 9/04-11/06

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 4,463.10

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other_____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date<br><br>10/11/07 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any).<br>Arthur Guy Kaplan, Attorney for Creditor |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

AGK/kw 10/11/07
C:\WPDOCS\KE-34-02\T.InabinettSA

In Re: TIMOTHY INABINETT       *       Chapter 13
                               *
                               *       Case # 06-17324
*     *     *     *     *     *     *     *     *     *     *

ITEMIZED STATEMENT OF ACCOUNT
KETTERING OVERLOOK CONDOMINIUM, INC.

Condo fees 9/04-11/06 @$90.00................$2,430.00
Late fees @$15.00............................$  405.00
Interest....................................$  777.60
Legal collection fees.......................$  850.50
BALANCE DUE UNSECURED CLAIM                  $4,463.10

LAW OFFICES
KAPLAN & KAPLAN, P.A.
PENTHOUSE SUITE
THE TOWNE BUILDING
11 E. MT ROYAL AVE.
BALTIMORE, MD 21202
(410) 755-2090



UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

FILED

MAR 1 2012

In re:                                                :
                                                      :
TIMOTHY INABINETT,                                    :     Case No. 06-1-7324-WL
                                                      :     Chapter 13
                                 Debtor(s).           :
                                                      :

## NOTICE OF DEPOSIT INTO COURT REGISTRY

      Timothy P. Branigan, Chapter 13 trustee in the above-captioned case, pursuant to section

347(a) of the Bankruptcy Code, submits the sum of $4,463.10 to the Court registry representing

the following unclaimed funds:

| AMOUNT | PAYEE Account No. | LAST KNOWN ADDRESS |
|---|---|---|
| $4,463.10 | Kettering Overlook Condo. 3402 | c/o Arthur G. Kaplan, Esq. 11 E. Mt. Royal Ave. Baltimore, MD 21202 |

Respectfully submitted,

February 21, 2012

Timothy P. Branigan (Fed. Bar No. 06295)
Chapter 13 Trustee
P.O. Box 1902
Laurel, Maryland 20725-1902
(301) 483-9118

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In Re:   TIMOTHY INABINETT

§
§
§
§
§
§

Case No.: 06-17324

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Timothy P. Branigan,  Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 11/16/2006.

2) This case was confirmed on 07/31/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 01/04/2012.

6) Number of months from filing to the last payment:  62

7) Number of months case was pending:  65

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted:  $    11,875.00

10) Amount of unsecured claims discharged without payment $   51,597.00

11) All checks distributed by the trustee to this case have cleared the bank.

UST Form 101-13-FR-S(9/01/2009)

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 43,989.03 | 43,989.03 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ 4,760.98 | |
| Disbursements to Creditors | $ 43,989.03 | |
| **TOTAL DISBURSEMENTS:** | | $ 48,750.01 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   04/04/2012

/s/ Timothy P. Branigan
Timothy P. Branigan,  Chapter 13 Trustee

STATEMENT   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

UST Form 101-13-FR-S(9/01/2009)

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 49,800.00 |
| Less amount refunded to debtor | $ | 1,049.99 |
| **NET RECEIPTS** | $ | 48,750.01 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 1,000.00 |
| Court Costs | $ | .00 |
| Trustee  Expenses and Compensation | $ | 3,760.98 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 4,760.98 |
| Attorney fees paid and disclosed by debtor | $ | 1,000.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CITIMORTGAGE INC | SECURED | 76,000.00 | .00 | .00 | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | 4,892.00 | 4,892.50 | 4,892.50 | 4,892.50 | .00 |
| NATIONAL CAPITAL MAN | UNSECURED | 1,122.00 | 785.74 | 785.74 | 785.74 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 31,552.00 | 913.75 | 913.75 | 913.75 | .00 |
| CHASE BANKCARD SERVI | UNSECURED | 11,298.00 | NA | NA | .00 | .00 |
| DISCOVER BANK | UNSECURED | 6,041.00 | NA | NA | .00 | .00 |
| DISTRICT COURT MARYL | UNSECURED | 31,551.00 | NA | NA | .00 | .00 |
| DRS MININBERG & FETC | UNSECURED | 17,745.00 | 17,555.05 | 17,555.05 | 17,555.05 | .00 |
| KOHLS/CHASE BANK USA | UNSECURED | 1,031.00 | 1,031.37 | 1,031.37 | 1,031.37 | .00 |
| NATIONAL CAPITAL MAN | UNSECURED | NA | 440.86 | 440.86 | 440.86 | .00 |
| WORLD FINANCIAL NETW | UNSECURED | 1,108.00 | 1,108.43 | 1,108.43 | 1,108.43 | .00 |
| PASADENA RECEIVABLES | UNSECURED | 3,038.00 | 2,712.49 | 2,712.49 | 2,712.49 | .00 |
| RESURGENT ACQUISITIO | UNSECURED | 1,947.00 | 1,947.54 | 1,947.54 | 1,947.54 | .00 |
| VERIZON | UNSECURED | 412.00 | NA | NA | .00 | .00 |
| CLERK, US BANKRUPTCY | UNSECURED | 1,109.00 | 4,463.10 | 4,463.10 | 4,463.10 | .00 |
| UNION FEDERAL OF IND | UNSECURED | NA | 6,104.19 | 6,104.19 | 6,104.19 | .00 |
| TRI CAP INVESTMENT P | UNSECURED | NA | 2,034.01 | 2,034.01 | 2,034.01 | .00 |
| PROFESSIONAL ARBITRA | UNSECURED | 2,295.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

8551 408

# KETTERING OVERLOOK CONDOMINIUM

THIS DECLARATION, made and entered into this _10th_ day of _November_, 1992, by and between John Lucente, Frank John Lucente and John Minzer hereinafter and in the Exhibits hereto sometimes called the "Declarant":

WHEREAS, the Declarant is the owner in fee simple of certain land and premises located in the County of Prince George's, State of Maryland, and more particularly described on "EXHIBIT A" attached hereto and by this reference made a part hereof; and

WHEREAS, the Declarant is the owner of certain buildings and other improvements constructed upon the aforesaid premises, which property constitutes a "condominium" pursuant to Title 11, Real Property Article, Section 11-101, et seq., of the Annotated Code of Maryland (1988 Repl. Vol.), and it is the desire and intention of the Declarant to divide said property and the improvements thereon into condominium units and to sell and convey the same subject to the covenants, restrictions, uses, limitations, obligations, easements, equitable servitudes, charges and liens, hereinafter set forth, each of which is for the benefit of said property and the subsequent owners thereof; and

WHEREAS, prior to the recordation hereof, the Declarant has filed for record in the Office of the Clerk of Court for the Circuit Court for Prince George's County, Maryland, a certain plat, hereinafter referred to as the "Condominium Plat", which Condominium Plat, consisting of two (2) sheets, is recorded in Condominium Plat Book VJ/64 beginning at plat _48_ ; and

WHEREAS, the Declarant desires and intends, by the recordation of the Condominium Plat and this Declaration, to submit the property described on "EXHIBIT A" attached hereto, together with the improvements heretofore or hereafter constructed thereon, and all appurtenances thereto, to the provisions of Title 11, Real Property Article, Section 11-101, et seq., of the Annotated Code of Maryland (1988 Repl. Vol.) as a condominium.

NOW, THEREFORE, the Declarant hereby declares that all of the property described on "EXHIBIT A" attached hereto, together with all improvements heretofore or hereafter constructed thereon, and all appurtenances thereto, shall be held, conveyed, divided or subdivided, leased, rented and occupied, improved, hypothecated and encumbered subject to the covenants, restrictions, uses, limitations, obligations, easements, equitable servitudes, charges and liens (hereinafter sometimes referred to as "covenants and restrictions") hereinafter set forth, including the provisions of the By-Laws of the Council of Unit Owners of the condominium, attached hereto as "EXHIBIT B"

-1-

# THE LAW OFFICES
## OF
# GREGORY ALEXANDRIDES, LLC

Gregory A. Alexandrides
Athena K. Alexandrides
George A. Perry
Angela Tonello
*Attorneys at Law*

823 West Street
Annapolis, Maryland 21401
Tele(410)990-1991
Fax(410)990-1502
gregalexandrides@msn.com

May 24, 2013

Financial Administrator
Clerk's Office
U.S. Bankruptcy Court
101 W. Lombard Street
Baltimore, Maryland 21201

RE:   **Motion to Withdraw Unclaimed Funds**

Dear Sir/Madam:

Enclosed please find one (1) Motion to Withdraw Unclaimed Funds, with Exhibits.  If you have any questions, please do not hesitate to contact our office.

Sincerely,

Angela Tonello

Enclosed     - One (1) Motion to Withdraw Unclaimed Funds

| Creditor:        (24345412)   History<br>Kettering Overlook Condominium, Inc.<br>Arthur Guy Kaplan, PA<br>Kaplan & Kaplan, PA<br>INVALID ADDRESS PROVIDED | **Claim No: 15**<br>*Original Filed*<br>*Date*: 10/17/2007<br>*Original Entered*<br>*Date*: 10/18/2007 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Lia Aure-Spivey<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $4463.10 | |
|---|---|---|---|
| Unsecured | claimed: | $4463.10 | |

*History:*

| Details | ⬤ | 15-1 | 10/17/2007 | Claim #15 filed by Kettering Overlook Condominium, Inc., Amount claimed: $4463.10 (Aure-Spivey, Lia ) |
|---|---|---|---|---|

*Description:*

*Remarks:*

**Claim History**

## Detailed Description of Claim Activity 15-1

---------------------------------------------------------------------------------------------------------------

| Date of Change | Change Made by | Description of Change |
|---|---|---|
| 10/17/2007 | Lia Aure-Spivey | Created *Amount Claimed:* $4463.10<br>Created *Unsecured Claimed Amount:* $4463.10<br><br>Created *Filed By:* Creditor<br>Created *Date Filed:* 10/17/2007 |

FORM B10 (Official Form 10) (4/01)

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF Maryland | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor<br>Timothy Inabinett | Case Number<br>06-17324 |
|---|---|

| | |
|---|---|
| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>Kettering Overlook Condominium, Inc.<br><br>Name and address where notices should be sent:<br>Arthur Guy Kaplan<br>Kaplan & Kaplan, P. A.<br>11 E. Mt. Royal Avenue<br>Baltimore, MD 21202   410-752-2090<br>Telephone number: | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court.<br><br>**FILED**<br>2007 OCT 17 P 12: 35<br>U.S. BANKRUPTCY COURT<br>DISTRICT OF MARYLAND<br>GREENBELT<br><br>THIS SPACE IS FOR COURT USE ONLY |

| Account or other number by which creditor identifies debtor:<br>KE-34-02 | Check here<br>if this claim  ☐ replaces    a previously filed claim, dated:_____<br>            ☐ amends |
|---|---|

1. **Basis for Claim**
   - ☐ Goods sold
   - ☐ Services performed
   - ☐ Money loaned
   - ☐ Personal injury/wrongful death
   - ☐ Taxes
   - ☒ Other  Unpaid Association dues and expenses

   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, salaries, and compensation (fill out below)
     Your SS #: _____
     Unpaid compensation for services performed
     from _____ to _____
     (date)          (date)

2. **Date debt was incurred:**  9/04–11/06

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:**  $ 4,463.10
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
   ☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate  ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $_____

   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $_____
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   ☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
   *Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

7. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

8. **Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

9. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date<br><br>10/11/07 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>Arthur Guy Kaplan, Attorney for Creditor |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

AGK/kw 10/11/07
C:\WPDOCS\KE-34-02\T.InabinettSA

In Re: TIMOTHY INABINETT          *     Chapter 13
                                  *
                                  *     Case # 06-17324
  *     *     *     *     *     *  *     *     *     *     *

ITEMIZED STATEMENT OF ACCOUNT
KETTERING OVERLOOK CONDOMINIUM, INC.


Condo fees 9/04-11/06 @$90.00...............$2,430.00
Late fees @$15.00...........................$  405.00
Interest....................................$  777.60
Legal collection fees.......................$  850.50
BALANCE DUE UNSECURED CLAIM                  $4,463.10

LAW OFFICES
KAPLAN & KAPLAN, P.A.
PENTHOUSE SUITE
THE TOWNE BUILDING
11 E. MT ROYAL AVE
BALTIMORE, MD 21202
(410) 752-2040

View: **Results List** | Full      ◄◄ **1 - 1** of **1** ►►         🖨️📧💾☎️

Find ☐ [Go]

**Search:**   Public Records > Locate a Business (Nationwide) ℹ️ > Search Results

**Terms:**   company(**Kettering Overlook Condo**) ( Edit Search | New Search )

---

✎ Select for Delivery or View Checked

| ☐ No. | Company Name | FEIN | Address | Phone |
|---|---|---|---|---|
| | View Source Documents | | Click for Additional Searches | Phone Search |
| ☐ 1. | KETTERING OVERLOOK CONDOMINIUM | | 10903 INDIAN HEAD HWY STE 403 FORT WASHINGTON, MD 20744-4016 ▾ | |

Key
⚠️ High Risk Indicator. These symbols may prompt you to investigate further.
🚩 Moderate Risk Indicator. These symbols may prompt you to investigate further.
🚩 General Information Indicator. These symbols inform you that additional information is provided.
✓ The most recent telephone listing as reported by the EDA source.

---

**Search:**   Public Records > Locate a Business (Nationwide) ℹ️ > Search Results

**Terms:**   company(**Kettering Overlook Condo**) ( Edit Search | New Search )

**Date/Time:**   Friday, May 31, 2013 12:07 PM

**Your DPPA Permissible Use:** On Government Behalf
**Your GLBA Permissible Use:** Persons Acting in a Fiduciary Capacity for the Consumer

Back to Top

 LexisNexis®

About LexisNexis | Terms & Conditions | Contact Us
Copyright© 2013 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

55G            Riag.Framework.Web v1.0.5459.29553

View: Results List | **Full**     ◀ 1 of 1 ▶

**Search:** Locate a Business (Nationwide) ⓘ > Search Results > Source Documents

**Terms:** company(**Kettering Overlook Condo**) ( Edit Search | New Search )

☑ Select for Delivery

Top of Report

Comprehensive Report

All results in one report

**Further Searches**
Corporation Filings
Uniform
Commercial Code
Filings

# Business Finder

This data is for informational purposes only.

**Business Information**

**Company Name:** KETTERING OVERLOOK CONDOMINIUM

**Address:** 10903 INDIAN HEAD HWY STE 403
FORT WASHINGTON, MD 20744-4016
PRINCE GEORGE'S COUNTY

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

**Your DPPA Permissible Use:** On Government Behalf
**Your GLBA Permissible Use:** Persons Acting in a Fiduciary Capacity for the Consumer



About LexisNexis | Terms & Conditions | Contact Us
Copyright© 2013 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Case 06-17324    Doc 55    Filed 05/28/13    Page 19 of 22

## Attorney Lookup



### U.S. District Court
### District of Maryland

| | |
|---|---|
| **F** | *Enter Selection Criteria (at least one item must be entered):* |
| **I** | Last: Alexandrides    First: Gregory    Middle: |
| **L** | |
| **T** | BarID:    ☐ print for export |
| **E** | |
| **R** | Submit    Reset    Clear |

| Attorneys | | | | | |
|---|---|---|---|---|---|
| **Name** | **Bar ID** | **Status** | **Phone** | **Address** | **Office/Email** |
| Alexandrides, Gregory Andrew | 25572 | Active | 14109901991 | 823 West St<br>Annapolis, MD 21401 | Law Offices of ( |

John P. McDonough, Secretary of State

# Search the Notary Public database

To search the database, enter as much information as you like. The information may be:

- the person's first name or initial
- the person's last name
- part of a last or first name
- the county

Last Name:    Tonello

First Name:    Angela

County:    Anne Arundel County

Submit    Reset

| Full Name | Address | City,State,Zip | County | Expires |
|-----------|---------|----------------|--------|---------|
| Angela Tonello | 643 Oakland Hills Drive # 213 | Arnold MD, 21012 | AA | 06/17/2016 |

John P. McDonough, Secretary of State

# Search the Notary Public database

To search the database, enter as much information as you like. The
information may be:

- the person's first name or initial
- the person's last name
- part of a last or first name
- the county

| | |
|---|---|
| Last Name: | Oyemade |
| First Name: | Tony |
| County: | Howard County |

Submit    Reset

| Full Name | Address | City,State,Zip | County | Expires |
|---|---|---|---|---|
| Tony O Oyemade | 6076 Charles Edward Terrace | Columbia MD, 21045 | HO | 09/27/2014 |

Entity Name: THE COMMERCIAL MANAGEMENT GROUP, INC.
Dept ID #: D02210797

General Information    **Amendments**    **Personal Property**    **Certificate of Status**

| | |
|---|---|
| **Principal Office (Current):** | 14440 CHERRY LANE COURT<br>SUITE #219<br>LAUREL, MD 20707 |
| **Resident Agent (Current):** | ANTHONY T. ADAMS, SR.<br>SUITE 205<br>14435 CHERRY LANE COURT<br>LAUREL, MD 20707 |
| **Status:** | **REVIVED** |
| Good Standing: | Yes    What does it mean when a business is not in good standing or forfeited? |
| Business Code: | Ordinary Business - Stock |
| **Date of Formation or Registration:** | 10/06/1986 |
| **State of Formation:** | MD |
| **Stock/Nonstock:** | Stock |
| **Close/Not Close:** | Unknown |

**Link Definition**

| | |
|---|---|
| General Information | General information about this entity |
| Amendments | Original and subsequent documents filed |
| Personal Property | Personal Property Return Filing Information and Property Assessments |
| Certificate of Status | Get a Certificate of Good Standing for this entity |